COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:  01-12-00971-CR

Style:  Jason Brian Connor

  **v** The State of Texas

Date motion filed[*]:  February 5, 2014

Type of motion:  Motion for extension of time to file appellant's brief

Party filing motion:  Appellant

Document to be filed:  Appellant's brief

If motion to extend time:

  Original due date:  September 16, 2013

  Number of extensions granted:  3  Current Due date: January 16, 2014

  Date Requested:  March 4, 2014

Ordered that motion is:

  ☑  Granted in part

    If document is to be filed, document due:  February 20, 2014

    ☑  No further extensions of time will be granted

  ☐  Denied

  ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐  Other: _____

  **Appellant's brief is ordered filed by February 20, 2014.  No further extensions will be granted.** *See* **TEX. R. APP. P. 38.6(d).**

  _____

  _____

Judge's signature: /s/ Chief Justice Sherry Radack

    ☒ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date:  February 6, 2014

November 7, 2008 Revision